# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AVCO CORPORATION**, *Plaintiff*, v. **VERONICA SALTZ TURNER**, *Defendant*. | **Case No. 2:20-cv-04073-JDW** |

## ORDER

**AND NOW**, this 21st day of September, 2020, for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Plaintiff's Motion for a Preliminary Injunction (ECF No. 2) is **DENIED**.

It is **FURTHER ORDERED** that Plaintiff's Motion for Expedited Discovery (ECF No. 3) is **DENIED AS MOOT**.

                                                  **BY THE COURT:**

                                                  */s/ Joshua D. Wolson*
                                                  JOSHUA D. WOLSON, J.