IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AVCO CORPORATION,<br><br>    *Plaintiff*,<br><br>v.<br><br>VERONICA SALTZ TURNER,<br><br>    *Defendant*. | Case No. 2:20-cv-04073-JDW |

## ORDER

**AND NOW**, this 30th day of April, 2021, upon consideration of Defendant Veronica Saltz Turner's Motion to Overrule Objections and Compel Responses to Written Discovery Requests (ECF Nos. 47 & 59), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part as follows:

1. The Motion is **GRANTED IN PART** with respect to Defendant's Interrogatories Nos. 2 and 2a. On or before May 7, 2021, Plaintiff Avco Corporation shall provide full and complete responses to those Interrogatories with respect to any alleged damages resulting from the *Torres* Action only;

2. The Motion is **GRANTED IN PART** with respect to Defendant's Requests for Production of Documents Nos. 2 and 3 with respect to any damages resulting from the *Torres* Action only. On or before May 7, 2021, Plaintiff shall produce documents responsive to those requests; and

3. The Motion is otherwise **DENIED**.

                                                                **BY THE COURT**:

                                                            */s/ Joshua D. Wolson*
                                                            JOSHUA D. WOLSON, J.