**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **AVCO CORPORATION,** | |
| *Plaintiff*, | |
| v. | **Case No. 2:20-cv-04073-JDW** |
| **VERONICA SALTZ TURNER,** | |
| *Defendant*. | |

## ORDER

**AND NOW**, this 9th day of August, 2021, for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Plaintiff's Motion to Seal (ECF No. 81) is **GRANTED IN PART** and **DENIED IN PART**. The Court will seal the documents Avco identified in Category B of its Motion (ECF No. 81 at Ex. 1). The Court will not approve the sealing of the documents identified in Category A of Avco's Motion.

It is **FURTHER ORDERED** that the Clerk of Court shall maintain under seal Exhibits N, O, P, R-CC, and JJ to Avco's Motion for Summary Judgement (ECF Nos. 77-17 – 77-19, 77-21 – 77-32, and 77-39).

It is **FURTHER ORDERED** that, on or before August 10, 2021, Avco shall provide to the Clerk of Court unredacted versions of Exhibits A-C, K-M, Q, DD-II, and MM-CCC to its Motion for Summary Judgment (ECF Nos. 77-4 – 77-6, 77-14 – 77-16, 77-20, 77-33 – 77-38, and 77-42 – 77-58), and the Clerk of Court shall substitute the unredacted exhibits for the versions currently on the docket.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.