IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AVCO CORPORATION**, *Plaintiff*, v. **VERONICA SALTZ TURNER**, *Defendant*. | Case No. 2:20-cv-04073-JDW |

### ORDER

**AND NOW**, this 23rd day of August, 2021, upon consideration of Plaintiff Avco Corporation's Motion for Summary Judgment (ECF No. 77) and Defendant Veronica Saltz Turner's Motion for Summary Judgment (ECF No. 78), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Avco's Motion for Summary Judgment (ECF No. 77) is **DENIED**;

2. Ms. Turner's Motion for Summary Judgment (ECF No. 78) is **GRANTED**;

3. Summary judgment is **ENTERED** in favor of Defendant Veronica Saltz Turner and against Plaintiff Avco Corporation on Avco's claims for breach of fiduciary duty, a declaratory judgment, and a permanent injunction;

4. Avco's Emergency Motion for the Confidential Treatment of Deposition Transcripts and Exhibits Thereto (ECF No. 72), Ms. Turner's Motion to Preclude the Purported Expert Testimony of Nancy J. Moore and Michael D. Everhart (ECF No. 79), and Ms. Turner's Motion to Strike and/or Preclude Three Late-Identified Expert Declarations (ECF No. 89) are **DENIED AS MOOT**; and

5. The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.