## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **AVCO CORPORATION**, | |
| *Plaintiff*, | **Case No. 2:20-cv-04073-JDW** |
| v. | |
| **VERONICA SALTZ TURNER**, | |
| *Defendant.* | |

### ORDER

**AND NOW**, this 28th day of November 2022, upon consideration of Plaintiff Avco Corporation's Motion For Summary Judgment (ECF No. 77), Defendant Veronica Saltz Turner's Motion For Summary Judgment (ECF No. 78), and the Parties' supplemental briefs on remand (ECF Nos. 124-125), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1.    Avco's Motion for Summary Judgment (ECF No. 77) is **DENIED**;

2.    Ms. Turner's Motion for Summary Judgment (ECF No. 78) is **GRANTED**;

3.    Summary judgment is **ENTERED** in favor of Defendant Veronica Saltz Turner and against Plaintiff Avco Corporation on Avco's claims for breach of fiduciary duty and a permanent injunction; and

4.    The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT**:


*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.